**Slip Op. 99 - 80**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  RICHARD W. GOLDBERG, JUDGE**

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>LG SEMICON CO. LTD., and<br>LG SEMICON AMERICA, INC.<br><br>Defendant-Intervenor. | Court No. 96-06-01529 |

**<u>JUDGMENT ORDER</u>**

Upon consideration of the Department of Commerce, International Trade Administration's <u>Final Results of Redetermination Pursuant to Court Remand, Micron Technology, Inc. v. United States, Slip Op. 99-51 (June 16, 1999)</u>, July 16, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained in all respects; and it is further

**ORDERED** that, all other issues having been previously decided in this case, judgment is entered in accordance with the Court's opinions in <u>Micron Technology, Inc. v. United States</u>, 23 CIT __, 44 F. Supp.2d 216 (1999), and <u>Micron Technology, Inc. v. United States</u>, No. 96-06-01529, Slip Op. 99-51 (CIT June 16, 1999).

_____
Richard W. Goldberg
JUDGE

Dated: August 13, 1999
      New York, New York.